IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

JERMAINE NORRIS MYLES, :
:
    Plaintiff, :
:
v. : 1:07-cv-149 (WLS)
JIMMY MILLER, Warden, et. al., :
: 42 U.S.C. § 1983
Defendants. :
_____:

## O R D E R

    Before the Court are two Reports and Recommendations from United States Magistrate Judge G. Mallon Faircloth (Docs. No. 54, 57), filed December 12, 2007, and February 5, 2008, respectfully. It is recommended that Defendants' motions for summary judgement (Docs. No. 41, 52) be granted. Plaintiff has not filed a timely, or any, objection to the Report and Recommendation.

    Upon full consideration of the record, the Court finds that said Recommendations should be and hereby are, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendants' motions for summary judgment (Docs. No. 41, 52) are **GRANTED.**

    SO ORDERED, this 8th day of May, 2008.

                                              /s/W. Louis Sands
                                          **W. Louis Sands, Judge**
                                          **United States District Court**